# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS TERCERO, | Case No. SACV 14-0255-FMO (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. SOTO, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 15, 2015

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE